UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                            Case No.  2:06-cr-24-01

LAWRENCE EDWARD FRAZIER,      HON. ROBERT HOLMES BELL

    Defendant(s).
_____/

ORDER OF DETENTION

    Defendant Frazier appeared before the undersigned on October 31, 2006, for arraignment on the indictment alleging Felon in Possession of a Firearm.  At that time, the court was advised that the defendant is currently in the custody of the State of Michigan and appeared in this court on a writ of habeas corpus.  Defendant advised that his release date from state custody would be sometime in the year 2010.  Accordingly, the court finds that the defendant is not eligible for bond at this time and orders that he will remain in the custody of the State of Michigan pending further proceedings.

    IT IS SO ORDERED.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated:  November 1, 2006