UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                                Case No.  2:06-cr-24-01

LAWRENCE EDWARD FRAZIER,        HON. ROBERT HOLMES BELL

      Defendant(s).
_____/

## AMENDED ORDER OF DETENTION

Defendant Frazier appeared before the undersigned on October 31, 2006, for arraignment on the indictment alleging Felon in Possession of a Firearm. At that time, the court was advised that the defendant is currently in the custody of the State of Michigan and appeared in this court on a writ of habeas corpus. Defendant advised that his release date from state custody would be sometime in the year 2010. Accordingly, the court finds that the defendant is not eligible for bond at this time and orders that he will remain detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall

the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       IT IS SO ORDERED.

                                         /s/ Timothy P. Greeley
                                         TIMOTHY P. GREELEY
                                         UNITED STATES MAGISTRATE JUDGE

Dated:   November 8, 2006