UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE EDWARD FRAZIER,

    Defendant.
_____/

Case No. 2:06-cr-24

HON. ROBERT HOLMES BELL

**ORDER OF DETENTION**

    Defendant appeared before the undersigned on November 2, 2015, for an initial appearance on a warrant of arrest issued relative to a Petition for Warrant or Summons for Offender Under Supervision (docket #73), dated October 22, 2015, alleging violations of the defendant's conditions of supervised release.  Defendant signed a waiver of his right to preliminary hearing, and counsel for defendant requested time to meet with his client and counsel for the government prior to requesting or scheduling a revocation hearing.  Defense counsel's request was granted and based on the record before the court, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  November 3, 2015

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge